IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARLA J. THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. C09-1838-MAT<br><br>[~~PROPOSED~~] ORDER AMENDING THE BRIEFING SCHEDULE |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including June 11, 2010, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including June 25, 2010, to file an optional reply brief.

DATED this 10th day of May, 2010.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1      ORDER - [C09-1838-MAT]

1

2   Presented by:

3   s/ MATHEW W. PILE
    Special Assistant U.S. Attorney
4   Office of the General Counsel
5   701 Fifth Avenue, Suite 2900 MS/901
    Seattle, Washington 98104-7075
6   Telephone:  (206) 615-3760
    FAX:  (206) 615-2531
7   Mathew.W.Pile@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26