Magistrate Judge Mary Alice Theiler

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DARLA J. THOMAS,<br><br>               Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of social Security<br><br>               Defendant. | Case No. C09-1838-MAT<br><br><br>**ORDER** |

Based upon the Stipulation between the parties it is hereby ORDERED that attorney fees in the amount of $4,277.08 and costs in the amount of $350.00, for a total of $4,627.08, will be awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. 1920, subject to any offset permitted under the Treasury Offset Program, as set forth in <u>Astrue v. Ratliff</u>.  Funds should be made payable to Nathan T. Dwyer pursuant to Plaintiff's assignment, attached, assuming no federal debt under the Treasury Offset Program is owed.

ORDER - 1
C09-1838-MAT

**ROBINSON & KOLE, P.S., INC.**
ATTORNEYS AT LAW
911 DUPONT, BELLINGHAM, WA  98225
360-671-8112   1-800-640-5616
FAX  360-671-1971

DATED this 21st day of September, 2010.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:
/s/ NATHAN T. DWYER, WSB  #34006
Attorney for Plaintiff
Robinson & Kole
911 Dupont St.
Bellingham, WA  98225
Tel:  360-671-8112
Fax:  360-671-1971
nathand@robinsonandkole.com

ORDER - 1
C09-1838-MAT

**ROBINSON & KOLE, P.S., INC.**
ATTORNEYS AT LAW
911 DUPONT, BELLINGHAM, WA  98225
360-671-8112   1-800-640-5616
FAX   360-671-1971